UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: Case No. 1:19-mc-91251
*In re*: Application Pursuant to 28 U.S.C. § 1782 of :
Ildar Uzbekov, :
:
        Petitioner, :
:
  - to take discovery of - :
:
Endurance International, Inc., :
:
:
:
        Respondent. :
---------------------------------------------------------------x

**NOTICE OF FILING FEE PAYMENT**

Notice is hereby given that the required fee for the:

☐   A. Notice of Appeal - $455.00           document # _____

☐   B. Initiating document (civil case)- $350.00     document # _____

☐   C. Petition for Writ of Habeas Corpus/new case - $5.00   document # _____

**X**   **D. Initiating document (MBD) - $47.00**          **document # 1**

☐   Motion for leave to appear *pro hac vice* ($50.00 per attorney)

              ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6

for a total of _____                   document # _____

in the above entitled case is submitted through CM/ECF and pay.gov

June 4, 2009                                    /s/ David A. Kluft
                                                       Attorney for Ildar Uzbekov

                                                       Foley Hoag LLP
                                                       155 Seaport Blvd.
                                                       Boston, MA 02210
                                                       617-832-1000

B4999863.1