UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
*In re*: Application Pursuant to 28 U.S.C. § 1782 of Ildar Uzbekov,

                        Petitioner,

         - to take discovery of -

Endurance International, Inc.,

                        Respondent.
---------------------------------------------------------------x

Case No. 1:19-mc-91251

**DECLARATION OF DAVID A. KLUFT IN SUPPORT OF APPLICATION FOR ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

I, David A. Kluft, swear and state as follows:

1. I am an attorney with the firm of Foley Hoag LLP, which is counsel to Ildar Uzbekov in the above-captioned matter. I submit this declaration in support of Mr. Uzbekov's Application for Order to Take Discovery Pursuant to 28 U.S.C. § 1782.

2. Attached as **Exhibit 1** are WHOIS records for the domain name <Rusletter.com>. The first set of records is from the Internet Corporation for Assigned Named and Numbers ("ICANN"). The second set of records is from domaintools.com, a WHOIS service to which my firm subscribes. I accessed and printed these documents on May 30, 2019.

3. The website to which the <Rusletter.com> domain resolves is located at www.rusletter.com. The only contact information listed on the website is the email address info@rusletter.com. Attached as **Exhibit 2** is the "About" page on which this email address appears, which I accessed on May 30, 2019.

1

B4998036.1

6/21/19
Allowed without opposition.
Patti B Saris